**CANDACE C. DAVENPORT, SBN# 65586**
Attorney at Law
1703 Fifth Ave. Ste. 204
San Rafael, California 94901
(415) 456-3606
(415) 453-3543 fax
candace_c_davenport@yahoo.com

Attorney for Plaintiff
CHRISTINE WOZNICKI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE WOZNICKI,              ) <br> ) <br> Plaintiff,     ) <br> ) <br> vs.                              ) <br> ) <br> JO ANNE B. BARNHART,             ) <br> Commissioner of Social           ) <br> Security Administration          ) <br> ) <br> Defendant.    ) <br> ) <br>_____) | C-05-1187 PJH <br><br> STIPULATION AND ORDER <br> EXTENDING TIME TO FILE <br> PLAINTIFF'S SUMMARY <br> JUDGMENT MOTION |

IT IS HEREBY STIPULATED by and between the undersigned parties, subject to the approval of the Court, that plaintiff, CHRISTINE WOZNICKI, may have an extension of 60 days from ~~the date of this order~~, to file her Summary Judgment Motion.

August 1, 2005

Dated: 8/2/05                     _____/S/_____
                                   CANDACE C. DAVENPORT
                                   Attorney for Plaintiff

                                   KEVIN V. RYAN
                                   United States Attorney

Dated: 8/8/05                     By:_____/S/_____
                                   SARA WINSLOW
                                   Assistant US Attorney

APPROVED AND SO ORDERED:

Dated: 8/15/05                    _____
                                   Phyllis J. Hamilton
                                   United States District Judge