1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 CHRISTINE WOZNECKI,              )
                                    )
13        Plaintiff,                )  CIVIL NO.   05-01187 PJH
                                    )
14        v.                        )  STIPULATION AND ORDER EXTENDING
                                    )  DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,             )  RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security, )  MOTION FOR SUMMARY JUDGMENT
16                                  )
          Defendant.                )
17 _____  )

18       IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21 November 9, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on December 9,

22 2005.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---

[1] See attached Declaration of Dennis Hanna.

1     This is defendant's first request.

2

3

4

5 Dated: November 4, 2005

                                  CANDACE C. DAVENPORT
6                                   Attorney for Plaintiff

7

                                  KEVIN V. RYAN
8                                   United States Attorney

9

10

11

12 Dated: November 7, 2005    By:

                                  SARA WINSLOW
13                                   Assistant United States Attorney

14

15 PURSUANT TO STIPULATION, IT IS SO ORDERED:

16

17

18

19 Dated: 11/10/05

                                PHYLLIS J. HAMILTON
20                                   United States District Judge

21

22

23

24

25

26

27

28

WOZNECKI, EXT.MXSJ (dh)
C 05-01187 PJH                 2

KEVIN V. RYAN
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Acting Chief, Civil Division
SARA WINSLOW
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE WOZNICKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CIVIL NO. C-05-1187 PJH<br><br>DECLARATION IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

I, Dennis J. Hanna, declare and state as follows:

　　1.　　I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

　　2.　　I am requesting a 30-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.
2 | Executed in San Francisco, California on February 10, 2005.

By    /s/
Dennis J. Hanna
Assistant Regional Counsel