KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE WOZNECKI, | ) |
| Plaintiff, | ) CIVIL NO. 05-01187 PJH |
| v. | ) STIPULATION AND ORDER |
| | ) APPROVING COMPROMISE |
| JO ANNE B. BARNHART, | ) SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, | ) FEES PURSUANT TO THE EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| Defendant. | ) |

The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay FIVE THOUSAND DOLLARS ($5,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.[1] The check is to be payable to plaintiff's counsel:

> CANDACE C. DAVENPORT
> 1703 FIFTH AVE., SUITE 204
> SAN RAFAEL, CA 94901
> (415) 456-3606  fax: 453-3545

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

---

1/. This amount includes costs.

1  3. Payment of the FIVE THOUSAND DOLLARS ($5,000.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: January 5, 2006

/s/
CANDACE C. DAVENPORT
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: January 9, 2006     By:   /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/10/06

_____
PHYLLIS J. HAMILTON
United States District Judge

WOZNECKI, EAJA STIP (dh)
C 05-01187 PJH                                    2